

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) LEISURE, PETER K | 2. Court or Organization U.S.D.C. - SO. DIST. OF NY | 3. Date of Report 05/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR US DIST JUDGE SO DIS NY | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address US COURTHOUSE 500 PEARL STREET, ROOM 1910 NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL MAY 17 12 29 PM '06 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WYETH COM STOCK | A | Dividend | K | T | | | | | |
| 2. JP MORGAN CHASE COM STOCK | A | Dividend | J | T | | | | | |
| 3. CIGNA COM STOCK | A | Dividend | J | T | | | | | |
| 4. IBM COM STOCK | A | Dividend | J | T | | | | | |
| 5. 3M COM STOCK | A | Dividend | K | T | | | | | |
| 6. EXXON MOBIL COM STOCK | A | Dividend | K | T | | | | | |
| 7. PEPSICO COM STOCK | A | Dividend | K | T | | | | | |
| 8. EDISON INT'L COM STOCK | A | Dividend | J | T | | | | | |
| 9. UNION PACIFIC COM STOCK | A | Dividend | K | T | | | | | |
| 10. CITIBANK CHECKING | | None | J | T | | | | | |
| 11. 9.759% INT. IN DAVID WARD HEIRS OIL & GAS (WV) | D | Royalty | K | W | | | | | |
| 12. | A | Interest | | | | | | | |
| 13. 11.8962% INT. IN DAVID WARD HEIRS COAL (WV) | A | Interest | J | W | | | | | |
| 14. | B | Royalty | | | | | | | |
| 15. | C | Distribution | | | | | | | |
| 16. KANAWHA & ELK RR Co. COM STOCK | | None | J | W | | | | | |
| 17. BAXTER INT'L.COM STOCK (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FOREST LABS COM STOCK (IRA) | | None | K | T | | | | | |
| 19. FOREST LABS COM STOCK | | None | N | T | PARTIAL SELL | 4-07 | M | F | |
| 20. CAREMARK RX INC COM STOCK (IRA) | | None | J | T | | | | | |
| 21. MERCURY EXPL.CO. /QUICKSILVER PIPELINE/DOMINION (MI) | D | Royalty | K | W | | | | | |
| 22. FIRSTENERGY CORP COM STOCK | A | Dividend | J | T | | | | | |
| 23. CITIBANK SUPER YIELD MONEY MARKET | B | Interest | M | T | | | | | |
| 24. MORGAN STANLEY COM STOCK | A | Dividend | J | T | | | | | |
| 25. XEROX CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 26. CITIBANK CHECKING | | None | K | T | | | | | |
| 27. MICROSOFT CORP COM STOCK | A | Dividend | | | SELL | 6-20 | K | | |
| 28. GENERAL ELECTRIC COM STOCK (IRA) | A | Dividend | K | T | | | | | |
| 29. 12.5% INT IN WARD HEIR MINERAL RIGHTS (MI) | G | Royalty | N | W | | | | | |
| 30. | A | Interest | | | | | | | |
| 31. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 32. ORACLE CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 33. ANADARKO PETE COM STOCK | A | Dividend | J | T | | | | | |
| 34. BP AMOCO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. DIRECT TV GROUP INC. COM STOCK | | None | J | T | | | | | |
| 36. APPLE COMPUTER COM STOCK (IRA) | | None | K | T | | | | | |
| 37. ALLIANCEBERNSTEIN PRIME B MONEY MKT (IRA) | A | Dividend | | | CLOSED | | | | |
| 38. MOTOROLA COM STOCK (IRA) | A | Dividend | | | SELL | 11-28 | K | | |
| 39. NORTEL NETWORKS CORP NEW COM STOCK (IRA) | | None | | | SELL | 4-28 | J | | |
| 40. RMA NY MONEY FUND | A | Dividend | K | T | | | | | |
| 41. CISCO SYS INC COM STOCK | | None | | | SELL | 6-20 | K | | |
| 42. WYETH COM STOCK | | None | | | SELL | 1-05 | J | | |
| 43. TIME WARNER INC COM STOCK | | None | | | SELL | 1-05 | J | | |
| 44. AUTOMATIC DATA PROCESSING COM STOCK | A | Dividend | | | SELL | 1-05 | J | | |
| 45. CITIGROUP INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 46. GANNETT CO COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 47. GENL ELECTRIC CO COM STOCK | A | Dividend | | | SELL | 1-05 | J | | |
| 48. INTL BUSINESS MACH COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 49. KIMBERLY CLARK CORP COM STOCK | A | Dividend | | | SELL | 1-05 | J | | |
| 50. LIZ CLAIBORNE INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 51. MBIA INC COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. MERRILL LYNCH & CO COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 53. PEPSICO INC COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 54. PFIZER INC COM STOCK | | None | | | SELL | 1-05 | J | | |
| 55. CONOCO PHILLIPS COM STOCK | | None | | | SELL | 1-05 | J | B | |
| 56. SOUTHWEST AIRLINES CO COM STOCK | A | Dividend | | | SELL | 1-05 | J | | |
| 57. WACHOVIA CORP COM STOCK | | None | | | SELL | 1-05 | J | B | |
| 58. WAL MART STORES INC COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 59. RMA MONEY MKT PORTFOLIO | A | Dividend | | | CLOSED | | | | |
| 60. AMER INTL GROUP INC COM STOCK | | None | | | SELL | 1-05 | J | | |
| 61. AMGEN INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 62. CISCO SYS INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 63. GENL ELECTRIC CO COM STOCK | A | Dividend | | | SELL | 1-05 | J | | |
| 64. INTL BUSINESS MACH COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 65. JOHNSON & JOHNSON COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 66. MBNA CORP COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 67. MEDTRONIC INC COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 68. MICROSOFT CORP COM STOCK | | None | | | SELL | 1-05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ORACLE CORP COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 70. PEPSICO INC COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 71. PFIZER INC COM STOCK | | None | | | SELL | 1-05 | J | | |
| 72. SYSCO CORP COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 73. TARGET CORP COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 74. RMA MONEY MARKET PORTFOLIO | A | Dividend | | | CLOSED | | | | |
| 75. COLGATE PALMOLIVE CO COM STOCK | | None | | | SELL | 1-05 | J | | |
| 76. TEXAS INSTRUMENTS COM STOCK | | None | | | SELL | 1-05 | J | | |
| 77. WAL MART STORES INC COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 78. ALCATEL ASTHOM COMPAGNIE ADR (IRA) | | None | | | SELL | 4-21 | J | | |
| 79. BAE SYSTEMS PLC SPON ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 80. BRASIL TELECOM PARTICIPACOES ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 81. CENTRAIS ELECTRICAS BRAS SA ADR (IRA) | | None | | | SELL | 4-21 | J | | |
| 82. EON AG SPON ADR SPON (IRA) | | None | | | SELL | 4/21 | J | A | |
| 83. HITACHI LTD ADR NEW JAPAN (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 84. LOEWS CORP (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 85. MATSUSHITA ELEC IND ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MITSUBISHI TOKYO FINANCIAL ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 87. NIPPON TELEG & TEL CORP ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 88. PETROLEO BRASILEIRO SA (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 89. ALTRIA GROUP INC (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 90. SBC COMMUNICATIONS INC (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 91. SCHERING PLOUGH CORP (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 92. TELEBRAS TELECOMUNICA BRASILEIRAS SA ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 93. TELEFONICA S A SPON ADR (IRA) | | None | | | SELL | 4-21 | J | A | |
| 94. TELEFONOS DE MEXICO S A ADR (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 95. MILLEA HOLDINGS INC ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 96. VERIZON COMMUNICATIONS (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 97. XEROX CORP (IRA) | | None | | | SELL | 4-21 | J | A | |
| 98. UBS CASH RESERVES FUND (IRA) | A | Dividend | | | CLOSED | | | | |
| 99. ALLIANCE CAP. MGT. HLDG. LP | C | Distribution | L | T | BUY | 6-20 | K | | |
| 100. FOREST LABS COM STOCK | | None | | | SELL | 6-20 | L | | |
| 101. TYCO INT'L COM STOCK | A | Dividend | | | SELL | 4-13 | K | | |
| 102. CHEVRON TEXACO CORP COM STOCK | | None | | | SELL | 1-05 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HOME DEPOT INC COM STOCK | | None | | | SELL | 1-05 | J | B | |
| 104. LAUDER ESTEE COS CL A COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 105. AFLAC INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 106. BED BATH & BEYOND INC. COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 107. CITIGROUP INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 108. DELL COMPUTER CORP COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 109. LOWES COMPANIES INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 110. PROCTER & GAMBLE CO COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 111. UNITED HEALTH GROUP INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 112. 3M CO COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 113. BAYERISCHE HYPOTHEKEN UND SPON ADR (IRA) | | None | | | SELL | 4-21 | J | | |
| 114. BELLSOUTH CORP COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 115. BRISTOL MYERS SQUIBB CO COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 116. FORD MOTOR CO NEW COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 117. GLAXO SMITH KLINE PLC ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 118. JP MORGAN CHASE & CO COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 119. KROGER COMPANY COM STOCK (IRA) | | None | | | SELL | 4-21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. KT CORP SPON ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 121. SAFEWAY INC COM STOCK (IRA) | | None | | | SELL | 4-21 | J | | |
| 122. SUMITOMO MITSUI FINANCIAL CORP ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 123. KIMBERLY CLARK DE MEXICO ADR | B | Dividend | | | SELL | 4-13 | K | C | |
| 124. ACE LTD BERMUDA ORD | A | Dividend | | | SELL | 1-05 | J | A | |
| 125. BECTON DICKINSON & CO COM STOCK | A | Dividend | | | SELL | 1-05 | J | B | |
| 126. DEVON ENERGY CORP NEW COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 127. MBNA CORP COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 128. MICROSOFT CORP COM STOCK | | None | | | SELL | 1-05 | J | | |
| 129. TARGET CORP COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 130. ANHEUSER BUSCH COS INC COM STOCK | | None | | | SELL | 1-05 | J | | |
| 131. GANNETT CO COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 132. INTEL CORP COM STOCK | | None | | | SELL | 1-05 | J | | |
| 133. MORGAN STANLEY COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 134. AMER INTL GROUP INC COM STOCK (IRA) | A | Dividend | L | T | | | | | |
| 135. UBS BANK USA DEP A/C (IRA) | A | Interest | J | T | | | | | |
| 136. ALBERTSONS INC COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DAIMLERCHRYSLER AG ORD (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 138. EL PASO CORP COM STOCK (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 139. ELECTRONIC DATA SYS CORP NEW COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 140. ING GROEP NV NL SPON ADR (IRA) | | None | | | SELL | VAR | J | A | |
| 141. KONINKLIJKE AHOLD NV NEW SPON ADR (IRA) | | None | | | SELL | 4-21 | J | A | |
| 142. MARKS & SPENCER GROUP INC SPON ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 143. MERCK & CO COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 144. NESTLE SA SPONSORED ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 145. TELECOM ITALIA SPA (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 146. TENET HEALTHCARE CORP COM STOCK (IRA) | | None | | | SELL | 4-21 | J | | |
| 147. UNILEVER NV NY SHS NEW (IRA) | | None | | | SELL | 4-21 | J | A | |
| 148. VOLKSWAGEN AG SPONS ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 149. AMAZON.COM COM STOCK | | None | | | SELL | 6-20 | K | | |
| 150. BANK OF AMER CORP COM STOCK | B | Dividend | K | T | | | | | |
| 151. CALAMOS STRATEGIC TOTAL RETURN FUND | C | Dividend | L | T | BUY | VAR | K | | |
| 152. KAYNE ANDERSON MLP INVESTMENT | C | Interest | L | T | BUY | VAR | J | | |
| 153. NASDAQ ████ SHARES | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. AMER INTL GROUP INC COM STOCK | | None | | | SELL | 1-05 | J | | |
| 155. BP PLC SPON ADR | | None | | | SELL | 1-05 | J | | |
| 156. COMCAST CORP COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 157. CVS CORP COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 158. DELL INC COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 159. INTEL CORP COM STOCK | | None | | | SELL | 1-05 | J | | |
| 160. BANK OF NY CORP COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 161. LILLY ELI & CO COM STOCK | | None | | | SELL | 1-05 | J | | |
| 162. MEDCO HEALTH SOLUTIONS COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 163. OMNICOM GROUP COM STOCK | A | Dividend | | | SELL | 1-05 | J | A | |
| 164. WELLS FARGO & CO COM STOCK | | None | | | SELL | 1-05 | J | A | |
| 165. CORNING INC COM STOCK (IRA) | | None | K | T | | | | | |
| 166. FOREST LABORATORIES COM STOCK (IRA) | | None | | | SELL | 11-28 | K | | |
| 167. FREESCALE SEMICONDUCTOR INC COM STOCK (IRA) | | None | | | SELL | 4-28 | J | | |
| 168. USTARCOM. INC COM STOCK (IRA) | | None | J | T | | | | | |
| 169. ABN AMRO HLDG NV SPONS NETHERLANDS ADR (IRA) | | None | | | SELL | VAR | J | A | |
| 170. AEGON NV ADR NY SHS NETHERLANDS (IRA) | | None | | | SELL | 4-21 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. AKZO NOBEL NV ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 172. BANCO SANTANDER CENTRAL HISPANO S.A. SPON ADR (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 173. DEUTSCHE TELEKOM AG DE (IRA) | | None | | | SELL | 4-21 | J | | |
| 174. FRANCE TELECOM S A SPON ADR (IRA) | | None | | | SELL | 4-21 | J | A | |
| 175. FUJI PHOTO FILM ADR NEW JAPAN (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 176. GENL MOTORS CORP COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 177. HEINEKEN NV ADR NETHERLANDS (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 178. HEWLETT PACKARD CO COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 179. J. SAINSBURY PLC SPON ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 180. LUKOIL OIL SPON ADR (IRA) | A | Dividend | | | SELL | 4-21 | J | A | |
| 181. PFIZER INC COM STOCK (IRA) | A | Dividend | | | SELL | 4-21 | J | | |
| 182. PORTUGAL TELECOM SGPS SA ADR (IRA) | | None | | | SELL | 4-21 | J | A | |
| 183. TOYS R US COM STOCK (IRA) | | None | | | SELL | 4-21 | J | A | |
| 184. ZURICH FINANCIAL SVCS (IRA) | | None | | | SELL | 4-21 | J | | |
| 185. CITIBANK DEPOSIT PROGRAM | A | Interest | J | T | OPEN | 9-28 | | | |
| 186. CITIBANK DEPOSIT PROGRAM (IRA) | A | Interest | J | T | OPEN | 9-28 | | | |
| 187. FNMA BOND 3% DUE 3/2/07 | A | Interest | L | T | BUY | 5-25 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ENTERPRISE PRODUCTS PARTNER LP MLP | C | Distribution | L | T | BUY | VAR | L | | |
| 189. KINDER MORGAN ENERGY PARTNER MLP | C | Distribution | L | T | BUY | VAR | L | | |
| 190. MAGELLEAN MIDSTREAM PARTNERS LP | C | Distribution | L | T | BUY | VAR | L | | |
| 191. US SHIPPING PARTNERS LP MLP | C | Distribution | L | T | BUY | VAR | L | | |
| 192. MICROSOFT CORP COM STOCK | A | Dividend | | | BUY | 1-31 | K | | |
| 193. | | | | | SELL | 6-20 | K | | |
| 194. NTHN BORDER PARTNERS LP | B | Distribution | | | BUY | VAR | K | | |
| 195. | | | | | SELL | 4-28 | K | | |
| 196. CITIGROUP COM STOCK (IRA) | B | Dividend | K | T | BUY | 4-28 | K | | |
| 197. EMC CORP MASS COM STOCK (IRA) | | None | J | T | BUY | 11-28 | J | | |
| 198. FORD MOTOR CO COM STOCK (IRA) | | None | K | T | BUY | 11-28 | K | | |
| 199. INTEL CORP COM STOCK (IRA) | A | Dividend | K | T | BUY | 4-28 | K | | |
| 200. JETBLUE AIRWAYS CORP COM STOCK (IRA) | | None | K | T | BUY | 11-28 | K | | |
| 201. MERCK & CO COM STOCK (IRA) | B | Dividend | K | T | BUY | 1-04 | K | | |
| 202. | | | | | PARTIAL SELL | VAR | K | | |
| 203. PFIZER INC COM STOCK (IRA) | | None | K | T | BUY | 11-28 | K | | |
| 204. RESEARCH IN MOTION LTD COM STOCK (IRA) | | None | J | T | BUY | 11-28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. STRYKER CORP COM STOCK (IRA) | A | Dividend | K | T | BUY | 11-28 | K | | |
| 206. I SHARES INC MSCI JAPAN INDEX FD (IRA) | A | Dividend | K | T | BUY | 11-28 | K | | |
| 207. AT&T INC COM STOCK (IRA) | B | Dividend | | | BUY | 1-04 | K | | |
| 208. | | | | | SELL | 11-28 | K | | |
| 209. VERIZON COMMUNICATIONS COM STOCK (IRA) | A | Dividend | | | BUY | 4-28 | K | | |
| 210. | | | | | SELL | 11-28 | K | | |
| 211. FORD MOTOR CO COM STOCK (IRA) | A | Dividend | | | BUY | 2-16 | J | | |
| 212. | | | | | SELL | 4-21 | J | | |
| 213. GENERAL MOTORS CORP COM STOCK (IRA) | | None | | | BUY | 3-21 | J | | |
| 214. | | | | | SELL | 4-21 | J | | |
| 215. NESTLE SA SPONS ADR (IRA) | A | Dividend | | | BUY | 1-4 | J | | |
| 216. | | | | | SELL | 4-21 | J | A | |
| 217. NIPPON TELEG & TEL CORP SPON ADR (IRA) | | None | | | BUY | 2-14 | J | | |
| 218. | | | | | SELL | 4-21 | J | | |
| 219. NORTEL NTWKS CORP NEW (IRA) | | None | | | BUY | 3-29 | J | | |
| 220. | | | | | SELL | 4-21 | J | | |
| 221. SAFEWAY INC (IRA) | | None | | | BUY | 3-15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | SELL | 4-21 | J | A | |
| 223. STMICROELECTRONICS N.V. (IRA) | | None | | | BUY | 3-1 | J | | |
| 224. | | | | | SELL | 4-21 | J | | |
| 225. WACHOVIA BANK CHECKING A/C (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Investments and Trusts

1) Assets sold in 2004 have been deleted from this year's report; all assets still on hand at 12/31/04 are listed in the same order as they appeared on last year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                    Date  5/11/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544